LINDBERGH PORTER, Bar No. 100091
lporter@littler.com
OSWALD B. COUSINS, Bar No. 172239
ocousins@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:  415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSIE FOSTER,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.;<br>DOLLAR TREE, INC.; and DOES 1<br>THORUGH 100, INCLUSIVE,<br><br>    Defendant. | District Judge: Hon Audrey B. Collins<br><br>Case No.  2:13-CV-5796-ABC (JCx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>**[San Luis Obispo County Superior Court Case No. CV 130324]**<br><br>**(Submitted concurrently with Stipulated Protective Order)** |

Based upon the Stipulation by and between Plaintiff MISSIE FOSTER and Defendant DOLLAR TREE STORES, INC., IT IS HEREBY ORDERED that: the Court, having reviewed the Parties' Stipulated Protective Order, and GOOD CAUSE APPEARING THEREFOR, ORDERS that the Protective Order is entered and approved for use in the above-captioned case with the following modification to paragraph 11, such that such modified version of the paragraph reads as follows:

11.    Any Confidential Information that a party wishes to file with the Court shall be submitted for filing under seal in accordance with Local Rule 79-5 (and, to the extent submitted to the Magistrate Judge, in accordance with the such

judge's procedures under the Pilot Project for the Electronic Submission and Filing of Under Seal Documents, available under the Judge's Procedures and Schedule section of the Court's website — www.cacd.uscourts.gov; <u>see</u> Docket No. 15).  If any Confidential Information is submitted to the Court for filing under seal, the party submitting the Confidential Information shall file in the public record a copy of such submission containing the Confidential Information in redacted form.

        IT IS SO ORDERED.

Dated:   November 13, 2013

                                       /s/
                          HON. JACQUELINE CHOOLJIAN
                          U.S. MAGISTRATE JUDGE

Firmwide:123722664.1 061603.1103

ORDER RE STIPULATED PROTECTIVE ORDER         Case No. 2:13-CV-5796-ABC (JCx)